COURTROOM DEPUTY'S MINUTES
MIDDLE DISTRICT OF ALABAMA
√  INITIAL APPEARANCE                           DATE: 10/19/06
☐  BOND HEARING
☐  DETENTION HEARING                            DIGITAL Recording : 3:10 - 3:17
☐  PRELIMINARY (EXAMINATION)(HEARING)
☐  REMOVAL HEARING (R.40)
☐  ARRAIGNMENT

**PRESIDING MAG. JUDGE:** VANZETTA PENN MCPHERSON      **DEPUTY CLERK:** Wanda Robinson
**CASE NO:** 2:06mj103-VPM                              **DEFENDANT NAME:** Geno Pitts
**AUSA:** Terry Moorer                                  **DEFT. ATTY:** Jennifer Hart
                                                        Type Counsel: ( )Retained; ( ) CJA; ( ) Waived; ( ) FPD
**PTSO:** Sandra Wood                                   **USPO:** _____

Defendant ( ) does; (√)does NOT need an interpreter
Interpreter present  (√) NO; ( ) YES        Name:

| | | |
|---|---|---|
| √ | Date of Arrest 10/19/06 or ☐ Arrest Rule 40 | |
| √ | Deft First Appearance. Advised of rights/charges.  Prob/Sup Rel Violator | |
| √ | Deft First Appearance with Counsel | |
| ☐ | Deft. First Appearance without Counsel | |
| √ | Requests appointed Counsel | |
| √ | Financial Affidavit executed  √ *ORAL MOTION FOR APPT OF COUNSEL* | |
| √ | *ORAL ORDER appointing Federal Public Defender - Notice of Appearance to be filed* | |
| ☐ | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel.  Has retained | |
| √ | ☐ Government's ORAL  Motion for Detention Hrg. ☐ to be followed by written motion; √ Government's WRITTEN Motion for Detention Hrg. filed | |
| √ | Detention Hearing ☐ held; ☐set for 10/23/06 @ 10:00 a.m. | |
| ☐ | **ORDER OF TEMPORARY DETENTION PENDING HEARING** to be entered | |
| ☐ | **ORDER OF DETENTION HEARING PENDING TRIAL** to be entered | |
| ☐ | Release order entered.  Deft advised of conditions of release | |
| ☐ | **BOND EXECUTED (M/D AL charges)** $. | |
| ☐ | **BOND EXECUTED (R. 40)** - deft to report to originating district as ordered | |
| √ | Bond not executed.  Defendant to remain in Marshal's custody | |
| ☐ | Deft. ORDERED REMOVED to originating district | |
| ☐ | Waiver of ☐ preliminary hearing; ☐ Waiver Rule 40 hearing | |
| ☐ | Court finds PROBABLE CAUSE.  Defendant bound over to the Grand Jury | |
| ☐ | ARRAIGNMENT ☐HELD. Plea of NOT GUILTY entered. ☐ Set for | |
| ☐ | DISCOVERY DISCLOSURE DATE: | |
| ☐ | NOTICE to retained Criminal Defense Attorney handed to counsel | |
| ☐ | WAIVER of Speedy Trial.  CRIMINAL TERM: | |