IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | CR. NO.: 2:06mj103-VPM |
| ) | |
| GENO PITTS ) | |

## ORDER

For good cause, it is

ORDERED that a Detention and Preliminary Hearing for the defendant, GENO PITTS, be and is hereby scheduled for 23 October 2006 at 10:00 a.m., in courtroom 5A, Frank M. Johnson, Jr United States Courthouse Complex, One Church Street, Montgomery, Alabama. The USMS shall produce the defendant for these proceedings.

Done this  20th  day of October, 2006

/s/Vanzetta Penn McPherson
_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE