✎ AO 456 (Rev. 5/85) Notice

# UNITED STATES DISTRICT COURT

_____MIDDLE_____ DISTRICT OF _____ALABAMA_____

USA

V.

GENO PITTS

**NOTICE**

CASE NUMBER: 2:06mj103-VPM

TYPE OF CASE:

☐ **CIVIL**    x  **CRIMINAL**

☐ **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | ROOM NO. |
|---|---|
|  | DATE AND TIME |

TYPE OF PROCEEDING

Detention and Preliminary Hearing before Magistrate Judge Vanzetta Penn McPherson in Courtroom 5-A

x  **TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE | DATE AND TIME PREVIOUSLY SCHEDULED | CONTINUED TO DATE AND TIME |
|---|---|---|
| United States District Court Montgomery, AL 36101 | 10/23/06 @ 10:00 a.m. | 10/24/06 @ 9:00 a.m. |

Debra P. Hackett, Clerk
U.S. MAGISTRATE JUDGE OR CLERK OF COURT

10/23/06
DATE

Wanda A. Robinson
(BY) DEPUTY CLERK

TO: