IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CR. NO. 2:06-mj-103-VPM |
| ) | |
| GENO PITTS ) | |

### PETITION FOR ORDER DIRECTING THE UNITED STATES MARSHAL TO RELEASE CUSTODY OF PRISONER

Comes now the United States of America, by and through Leura Garrett Canary, United States Attorney and the undersigned Assistant United States Attorney, both for the Middle District of Alabama, and moves this Honorable Court for an order directing the United States Marshal, Middle District of Alabama, to release from their custody Geno Pitts, into the custody of Leighton Greenlee, United States Secret Service, from October 23, 2006, through January 23, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.  We further move the Court to enter an order directing Leighton Greenlee, United States Secret Service, to return said prisoner into the custody of the United States Marshals Service when he has finished with him.

Respectfully submitted this the 23rd of October, 2006.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

/s/ Kent B. Brunson
KENT B. BRUNSON
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197
334.223.7280
334.223.7135 fax
kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.        )<br>)<br>GENO PITTS        ) | CR. NO. 2:06-mj-103-VPM |

CERTIFICATE OF SERVICE

    I hereby certify that on October 23, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Don Bethel.

                                                LEURA GARRETT CANARY
                                                UNITED STATES ATTORNEY

                                                /s/ Kent B. Brunson
                                                KENT B. BRUNSON
                                                Assistant United States Attorney
                                                Post Office Box 197
                                                Montgomery, Alabama 36101-0197
                                                334.223.7280
                                                334.223.7135 fax
                                                kent.brunson@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06-mj-103-VPM |
| | ) | |
| GENO PITTS | ) | |

## O R D E R

Upon consideration of the government's motion for release of prisoner filed on October 23, 2006, and for good cause, it is ORDERED that the motion be and hereby is GRANTED.

It is hereby ORDERED that the United States Marshals Service release custody of Geno Pitts, to Leighton Greenlee, United States Secret Service, on October 23, 2006, through January 23, 2007, so that said agent can take such prisoner into custody without the necessity of the presence of a Deputy United States Marshal.

It is further ORDERED that Leighton Greenlee, United States Secret Service, return said prisoner into the custody of the United States Marshals Service when he has finished with him.

DONE this the _____ day of October, 2006.

_____
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE