IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06mj103-VPM |
| | ) | |
| GENO PITTS | ) | |

## **ORDER**

    For good cause, it is

    ORDERED that the Detention and Preliminary Hearing currently scheduled for 24 October 2006 at 9:00 a.m. is continued generally.

    DONE this 24th day of October 2006.

                           /s/ Vanzetta Penn McPherson
                            VANZETTA PENN MCPHERSON
                            UNITED STATES MAGISTRATE JUDGE