IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06mj103-VPM |
| | ) | |
| GENO PITTS | ) | |

**MOTION TO DISMISS MOTION FOR DETENTION**

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and as grounds for this Motion, states as follows:

1. The defendant has provided information valuable to the United States Secret Service.

2. The United States no longer believes the defendant to be a flight risk.

Wherefore, premises considered, the United States moves to withdraw the Motion to Detail filed herein.

Respectfully submitted this the 25th day of October, 2006.

    LEURA G. CANARY
    UNITED STATES ATTORNEY

    /s/Kent B. Brunson
    KENT B. BRUNSON
    Assistant United States Attorney
    One Court Square, Suite 201
    Montgomery, AL 36104
    Phone: (334)223-7280
    Fax: (334)223-7135
    E-mail: kent.brunson@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO. <u>2:06mj103-VPM</u> |
| ) | |
| GENO PITTS ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 25, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Donnie Wayne Bethel, Esq.

                                        Respectfully submitted,

                                        /s/Kent B. Brunson
                                        KENT B. BRUNSON
                                        Assistant United States Attorney
                                        One Court Square, Suite 201
                                        Montgomery, AL 36104
                                        Phone: (334)223-7280
                                        Fax: (334)223-7135
                                        E-mail: kent.brunson@usdoj.gov