IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:06mj103-VPM |
| | ) | |
| GENO PITTS | ) | |

## ORDER ON MOTION

For good cause, it is

ORDERED that the Motion to Dismiss Motion for Detention filed 25 October 2006 (Doc# 12), is hereby GRANTED.

DONE this 26th day of October 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE