IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| V.  ) | CASE NO: 2:06-mj-103-VPM |
| ) | |
| GENO PITTS ) | |

## MOTION TO WAIVE PRELIMINARY HEARING

**COMES NOW** the Defendant, **GENO PITTS,** through undersigned counsel, Donnie Bethel, and waives his preliminary hearing in this case.

Dated this 27th day of October, 2006.

    Respectfully submitted,

    s/ Donnie W. Bethel
    DONNIE W. BETHEL
    Assistant Federal Defender
    201 Monroe Street, Suite 407
    Montgomery, Alabama 36104
    Phone: (334) 834-2099
    Fax: (334) 834-0353
    E-mail:don_bethel@fd.org
    IN Bar Code: 14773-49

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CASE NO: 2:06-mj-103-VPM |
| ) | |
| **GENO PITTS** ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 27, 2006, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Kent B. Brunson
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104

                                              Respectfully submitted,

                                              s/ Donnie W. Bethel
                                              DONNIE W. BETHEL
                                              Assistant Federal Defender
                                              201 Monroe Street, Suite 407
                                              Montgomery, Alabama 36104
                                              Phone: (334) 834-2099
                                              Fax: (334) 834-0353
                                              E-mail:don_bethel@fd.org
                                              IN Bar Code: 14773-49