IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | CR. NO. 2:06mj103-VPM |
| | ) | |
| GENO PITTS | ) | |

**ORDER**

Now pending before the court is the defendant's motion to waive preliminary hearing (doc. # 16). Upon consideration of the motion, it is

ORDERED that the motion (doc. # 16) be and is hereby GRANTED.

Done this 9th day of November, 2006.

                                                /s/Charles S. Coody
                                             CHARLES S. COODY
                                             CHIEF UNITED STATES MAGISTRATE JUDGE